**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 25-20845-GLT |
| | : | |
| Matthew A. Manges and | : | CHAPTER 13 |
| Christina L. Manges, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Matthew A. Manges, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 11 |
| | : | |
|     vs. | : | |
| | : | |
| VA Pittsburgh Health Care, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 9, 2025</u>

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

VA PITTSBURGH HEALTH CARE
UNIVERSITY DRIVE C
PITTSBURGH, PA 15240