**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20845-GLT |
| | : | |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | CHAPTER 13 |
| Debtors | : | |
| | : | RELATED TO DOCKET NO.: 10 |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Capital One Bank USA NA,** | : | |
| **Ccs /First Savings Bank,** | : | |
| **Collection Service Center,** | : | |
| **Credit Acceptance,** | : | |
| **Credit Acceptance Corporation,** | : | |
| **Fidelity Properties Inc,** | : | |
| **M&T Bank,** | : | |
| **Nationwide Recovery,** | : | |
| **Portfolio Recovery & Associates,** | : | |
| **Select Portfolio Servicing,** | : | |
| **Syncb/Walmart,** | : | |
| **TD Bank USA,** | : | |
| **US Bank National Association,** | : | |
| **Verizon by American InfoSource** | : | |
| **as Agent,** | : | |
| **and Washington County Tax Claim** | : | |
| **Bureau,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend the Automatic Stay, Proposed Order and Notice and Order Setting Hearing on an Expedited Basis, by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 9, 2025</u>                          *By: /s/ Caitlyn A. Campbell*
                                                                   Caitlyn A. Campbell, HEAD PARALEGAL
                                                                   FOSTER LAW OFFICES
                                                                   1210 Park Avenue
                                                                   Meadville, PA 16335
                                                                   Tel 814.724.1165
                                                                   Fax 814.724.1158

# MATRIX

Matthew & Christina Manges
14 Shady Avenue
Burgettstown, PA 15021
EMAIL: mattmanges@yahoo.com
*Served via US Mail and Direct Email*

Capital One Bank USA NA
Po Box 30281
Salt Lake City, UT 84130
Fax: 1-877-806-4430
*Served via US Mail and Fax*

Ccs /First Savings Bank
500 East 60th Street North
Sioux Falls, SD 57104
Fax: 1-605-763-2010
*Served via US Mail and Fax*

Collection Service Center
Po Box 2060
Fairmont, WV 26555
Fax: 1-724-337-9318
*Served via US Mail and Fax*

Credit Acceptance
25505 W Twelve Mile Rd
Suite 3000
Southfield MI 48034
Email: bankruptcygroup@creditacceptance.com
*Served via US Mail and Direct Email*

Credit Acceptance Corporation
Po Box 5070
Southfield, MI 48086
Email: bankruptcygroup@creditacceptance.com
*Served via US Mail and Direct Email*

Fidelity Properties Inc
885 South Sawburg Avenue
Suite 10
Alliance, OH 44601
Fax: 1- 330-821-1970
*Served via US Mail and Fax*

M&T Bank
1 Fountain Plaza
Floor 4
Buffalo, NY 14203
Fax: 1-888-378-8444
*Served via US Mail and Fax*

Nationwide Recovery
3000 Kellway Drive
Carrollton, TX 75006
Fax: 1-423-614-4600
*Served via US Mail and Fax*

Portfolio Recovery Associates, LLC
120 Corporate Boulevard, Suite 1
Norfolk, VA 23502
Email: bankruptcy_info@pragroup.com
*Served via US Mail and Direct Email*

Select Portfolio Servicing
10401 Deerwood Park Boulevard
Jacksonville, FL 32256
Fax: 1-866-867-3019
*Served via US Mail and Fax*

Syncb/Walmart
Po Box 965024
Orlando, FL 32896
Fax: 1-866-433-6076
*Served via US Mail and Fax*

TD Bank USA
Po Box 673
Minneapolis, MN 55440
Fax: 1- 877-983-2932
*Served via US Mail and Fax*

US Bank National Association
PO Box 790408
Saint Louis, MO 63179
Fax: 1- 866-338-4251
*Served via US Mail and Fax*

Verizon by American InfoSource as Agent
PO Box 4457
Houston, TX 77210
Email: POC_AIS@aisinfo.com
*Served via US Mail and Direct Email*

Washington County Tax Claim Bureau
95 West Beau Street
Suite 525
Washington, PA 15301
Email: czernecf@co.washington.pa.us
*Served via US Mail and Direct Email*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Served via US Mail AND Direct Email*

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*Served via US Mail AND Direct Email*