**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew A Manges　　　　　　　　　　　　　　　CHAPTER 13
　　　　　Christina L Manges
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　BKY. NO. 25-20845 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
09 Apr 2025, 16:42:55, EDT

Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com