## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20845-GLT |
| | : | |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | CHAPTER 13 |
| Debtors | : | |
| | : | DOCKET NO.: 23 |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Capital One Bank USA NA,** | : | |
| **Ccs /First Savings Bank,** | : | |
| **Collection Service Center,** | : | |
| **Credit Acceptance,** | : | |
| **Credit Acceptance Corporation,** | : | |
| **Fidelity Properties Inc,** | : | |
| **M&T Bank,** | : | |
| **Nationwide Recovery,** | : | |
| **Portfolio Recovery & Associates,** | : | |
| **Select Portfolio Servicing,** | : | |
| **Syncb/Walmart,** | : | |
| **TD Bank USA,** | : | |
| **US Bank National Association,** | : | |
| **Verizon by American InfoSource** | : | |
| **as Agent,** | : | |
| **and Washington County Tax Claim** | : | |
| **Bureau,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO EXTEND THE AUTOMATIC STAY, filed on April 7, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than April 25, 2025. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>April 28, 2025</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Phone:  814.724.1165 |
|  | Fax: 814.724.1158 |
|  | Email: dan@mrdebtbuster.com |

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below.

Date: April 28, 2025

By: /s/ *Caitlyn A. Campbell*
Caitlyn A. Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Peoples Natural Gas Company LLC         U.S. Bankruptcy Court
0315-2                                    GRB Law                                 5414 U.S. Steel Tower
Case 25-20845-GLT                         c/o Jeffrey R. Hunt, Esquire            600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA          525 William Penn Place, Suite 3110      Pittsburgh, PA 15219-2703
Pittsburgh                                Pittsburgh, PA 15219-1753
Mon Apr 28 08:12:30 EDT 2025

Capital One Bank USA NA                   (p)FIRST SAVINGS BANK                   Charles Pappas Jr.
Po Box 30281                              ATTN BANKRUPTCY                         732 South Main Street
Salt Lake City, UT 84130-0281             1500 S HIGHLINE AVE                     Burgettstown, PA 15021-1011
                                          SIOUX FALLS SD 57110-1003


Collection Service Center                 Credit Acceptance                       Credit Acceptance Corporation
Po Box 2060                               25505 W Twelve Mile Rd                  Po Box 5070
Fairmont, WV 26555-2060                   Suite 3000                              Southfield, MI 48086-5070
                                          Southfield MI 48034-8331


DentalWorks & Orthodontics Robinson       (p)FIDELITY NATIONAL COLLECTIONS        (p)M&T BANK
Township                                  885 S SAWBURG AVE SUITE 103             LEGAL DOCUMENT PROCESSING
6515 Robinson Centre Dr                   ALLIANCE OH 44601-5905                  626 COMMERCE DRIVE
Pittsburgh, PA 15205-4868                                                         AMHERST NY 14228-2307


Nationwide Recovery                       Office of the United States Trustee     Peoples Natural Gas LLC
3000 Kellway Drive                        1000 Liberty Avenue                     375 N Shore Dr Ste 200
Carrollton, TX 75006-3304                 Suite 1316                              Pittsburgh, PA 15212-5871
                                          Pittsburgh, PA 15222-4013


Portfolio Recovery & Associates           Select Portfolio Servicing              Syncb/Walmart
120 Corporate Boulevard                   10401 Deerwood Park Boulevard           Po Box 965024
Suite 1                                   Jacksonville, FL 32256-0505             Orlando, FL 32896-5024
Norfolk, VA 23502-4952


TD Bank USA                               Tempoe LLC                              US Bank National Association
Po Box 673                                7755 Montgomery Rd                      PO Box 790408
Minneapolis, MN 55440-0673                Cincinnati, OH 45236-4291               Saint Louis, MO 63179-0408


Verizon by American InfoSource as Agent   Washington County Tax Claim Bureau      Washington County Tax Claim Office
PO Box 4457                               95 West Beau Sreet                      95 West Beau St. Ste 525
Houston, TX 77210-4457                    Suite 525                               Washington, PA 15301-6837
                                          Washington, PA 15301-6837


Christina L Manges                        Daniel P. Foster                        Matthew A Manges
14 Shady Avenue                           Foster Law Offices                      14 Shady Avenue
Burgettstown, PA 15021-1032               1210 Park Avenue                        Burgettstown, PA 15021-1032
                                          Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ccs /First Savings Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 | M&T Bank<br>1 Fountain Plaza<br>Floor 4<br>Buffalo, NY 14203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)U.S. Bank Trust Company, National Associat | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    1<br>Total                  28 |