**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20845-GLT |
| | : | |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | CHAPTER 13 |
| **Debtors** | : | |
| | : | RELATED TO DOCKET NO.: 24 |
| **Matthew A Manges and** | : | |
| **Christina L Manges,** | : | |
| **Movants** | : | |
| | : | |
| vs. | : | |
| | : | |
| **Capital One Bank USA NA,** | : | |
| **Ccs /First Savings Bank,** | : | |
| **Collection Service Center,** | : | |
| **Credit Acceptance,** | : | |
| **Credit Acceptance Corporation,** | : | |
| **Fidelity Properties Inc,** | : | |
| **M&T Bank,** | : | |
| **Nationwide Recovery,** | : | |
| **Portfolio Recovery & Associates,** | : | |
| **Select Portfolio Servicing,** | : | |
| **Syncb/Walmart,** | : | |
| **TD Bank USA,** | : | |
| **US Bank National Association,** | : | |
| **Verizon by American InfoSource** | : | |
| **as Agent,** | : | |
| **and Washington County Tax Claim** | : | |
| **Bureau,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 29, 2025</u>	<i>By: /s/ Caitlyn A. Campbell</i>
	Caitlyn A. Campbell, HEAD PARALEGAL
	FOSTER LAW OFFICES
	1210 Park Avenue
	Meadville, PA 16335
	Tel 814.724.1165
	Fax 814.724.1158

```
Label Matrix for local noticing          Peoples Natural Gas Company LLC          U.S. Bankruptcy Court
0315-2                                    GRB Law                                  5414 U.S. Steel Tower
Case 25-20845-GLT                         c/o Jeffrey R. Hunt, Esquire             600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA          525 William Penn Place, Suite 3110       Pittsburgh, PA 15219-2703
Pittsburgh                                Pittsburgh, PA 15219-1753
Mon Apr 28 08:12:30 EDT 2025

Capital One Bank USA NA                   (p)FIRST SAVINGS BANK                    Charles Pappas Jr.
Po Box 30281                              ATTN BANKRUPTCY                          732 South Main Street
Salt Lake City, UT 84130-0281             1500 S HIGHLINE AVE                      Burgettstown, PA 15021-1011
                                          SIOUX FALLS SD 57110-1003

Collection Service Center                 Credit Acceptance                        Credit Acceptance Corporation
Po Box 2060                               25505 W Twelve Mile Rd                   Po Box 5070
Fairmont, WV 26555-2060                   Suite 3000                               Southfield, MI 48086-5070
                                          Southfield MI 48034-8331

DentalWorks & Orthodontics Robinson       (p)FIDELITY NATIONAL COLLECTIONS         (p)M&T BANK
Township                                  885 S SAWBURG AVE SUITE 103              LEGAL DOCUMENT PROCESSING
6515 Robinson Centre Dr                   ALLIANCE OH 44601-5905                   626 COMMERCE DRIVE
Pittsburgh, PA 15205-4868                                                          AMHERST NY 14228-2307

Nationwide Recovery                       Office of the United States Trustee      Peoples Natural Gas LLC
3000 Kellway Drive                        1000 Liberty Avenue                      375 N Shore Dr Ste 200
Carrollton, TX 75006-3304                 Suite 1316                               Pittsburgh, PA 15212-5871
                                          Pittsburgh, PA 15222-4013

Portfolio Recovery & Associates           Select Portfolio Servicing               Syncb/Walmart
120 Corporate Boulevard                   10401 Deerwood Park Boulevard            Po Box 965024
Suite 1                                   Jacksonville, FL 32256-0505              Orlando, FL 32896-5024
Norfolk, VA 23502-4952

TD Bank USA                               Tempoe LLC                               US Bank National Association
Po Box 673                                7755 Montgomery Rd                       PO Box 790408
Minneapolis, MN 55440-0673                Cincinnati, OH 45236-4291                Saint Louis, MO 63179-0408

Verizon by American InfoSource as Agent   Washington County Tax Claim Bureau       Washington County Tax Claim Office
PO Box 4457                               95 West Beau Sreet                       95 West Beau St. Ste 525
Houston, TX 77210-4457                    Suite 525                                Washington, PA 15301-6837
                                          Washington, PA 15301-6837

Christina L Manges                        Daniel P. Foster                         Matthew A Manges
14 Shady Avenue                           Foster Law Offices                       14 Shady Avenue
Burgettstown, PA 15021-1032               1210 Park Avenue                         Burgettstown, PA 15021-1032
                                          Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ccs /First Savings Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 | M&T Bank<br>1 Fountain Plaza<br>Floor 4<br>Buffalo, NY 14203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust Company, National Associat

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28