IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/28/25 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20845-GLT |
| | : | |
| Matthew A Manges and | : | |
| Christina L Manges, | : | CHAPTER 13 |
|     Debtors | : | |
| _____ | : | RELATED TO DOCKET NO.: 6 |
| Matthew A Manges and | : | |
| Christina L Manges, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Capital One Bank USA NA, | : | |
| Ccs /First Savings Bank, | : | |
| Collection Service Center, | : | |
| Credit Acceptance, | : | |
| Credit Acceptance Corporation, | : | |
| Fidelity Properties Inc, | : | |
| M&T Bank, | : | |
| Nationwide Recovery, | : | |
| Portfolio Recovery & Associates, | : | |
| Select Portfolio Servicing, | : | |
| Syncb/Walmart, | : | |
| TD Bank USA, | : | |
| US Bank National Association, | : | |
| Verizon by American InfoSource | : | |
| as Agent, | : | |
| and Washington County Tax Claim | : | |
| Bureau, | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents. | : | |

**ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY**

**AND NOW,** on this  28th  day of   April                               2025, upon consideration of the within Motion to Extend the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay is EXTENDED pursuant of 11 U.S.C. §362 (C) (3) (B). The Automatic Stay provided under 11 U.S.C. §362 (a) is EXTENDED as to all respondents until further Order of Court.

**DEFAULT ENTRY**
Prepared by: Daniel Foster, Esq.

Dated: April 28, 2025

_____
Gregory L. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20845-GLT |
| Matthew A Manges | Chapter 13 |
| Christina L Manges | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew A Manges, Christina L Manges, 14 Shady Avenue, Burgettstown, PA 15021-1032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

**Name**              **Email Address**

Daniel P. Foster
    on behalf of Joint Debtor Christina L Manges dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Matthew A Manges dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6