IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CASE NO. 25-20845-GLT
                                    :
Matthew A Manges and                :
Christina L Manges,                 :    CHAPTER 13
                Debtors             :
                                    :

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Matthew:**

**February 14, 2025 – March 28, 2025**

**Christina:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**Matthew:**

**April 11, 2025**

**Christina:**

**NA**

C.C.                      MANGES, MATTHEW &
                              CHRISTINA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-20845-GLT |
| | : | |
| Matthew A Manges and | : | |
| Christina L Manges, | : | CHAPTER 13 |
|     Debtors | : | |
| Christina L Manges, | : | |
|     Movant | : | |
| | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Christina L Manges, hereby state as follows:

1.) I am a homemaker; therefore, I am unable to provide the prior six months pay advices.
2.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 16, 2025            /s/ Christina L Manges
                                            Debtor

C.C.           MANGES, MATTHEW & CHRISTINA

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 02/08/25 |
|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 02/14/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| MANGES MATTHEW A | VN  02  09 | 53.98 | 80.97 | 112272.00  0.00  112272.00 |

| 8. Soc Sec No | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 03/15/20 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:  20031.76 | |
| PA | S | 0 | 0 | 420306 | S | 0 | 0 | BURGETTSTOWN BO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 4318.40 | 17472.96 | TSP DATA | 5% |
| TAXABLE WAGES | 3605.52 | 14736.96 | | |
| NONTAXABLE WAGES | 496.96 | 1879.60 | | |
| TAX DEFERRED WAGES | 215.92 | 856.40 | | |
| DEDUCTIONS | 2753.48 | 11030.41 | | |
| AEIC | | | | |
| NET PAY | 1564.92 | 6442.55 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 4318.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| CHAP 13 PMT | | 957.69 | 3830.76 | FEGLI | Z5 | 18.40 | 72.96 |
| FEGLI OPTNL | ABC | 61.65 | 244.60 | FEHB | 105 | 424.65 | 1590.66 |
| MEDICARE | | 55.41 | 226.10 | OASDI | | 236.93 | 966.79 |
| ORG/UNION | | | 63.00 | RETIRE, FERS | KF | 190.01 | 753.64 |
| TAX, FEDERAL | | 275.85 | 1145.39 | TAX, LST | 422079 | 2.00 | 8.00 |
| TAX, LOCAL | 420306 | 38.21 | 155.93 | TAX, STATE | PA | 117.32 | 478.72 |
| TSP LOANS | 720001G | 74.80 | 299.20 | TSP LOANS | 007002G | 12.33 | 49.32 |
| TSP SAVINGS | | 215.92 | 856.40 | DENTAL | | 55.34 | 221.24 |
| VISION | | 16.97 | 67.70 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 16.00 | | 16.00 | | 34.00 | |
| SICK | 10.00 | 4.00 | 8.00 | 8.00 | 8.00 | | 10.00 | |
| HOLIDAY | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 9.20 | 36.48 | FEHB | 714.23 | 2720.82 |
| MEDICARE | 55.41 | 226.10 | OASDI | 236.93 | 966.79 |
| RETIRE, FERS | 712.54 | 2826.12 | TSP BASIC | 43.18 | 171.28 |
| TSP MATCHING | 172.74 | 685.12 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   424.65
UNION/EMPLOYEE ORGANIZATION CHANGED.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 02/22/25 |
|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 02/28/25 |

| 3. Name MANGES MATTHEW A | 4. Pay Plan/Grade/Step VN  02  09 | 5. Hourly/Daily Rate 53.98 | 6. Basic OT Rate 80.97 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 112272.00    0.00    112272.00 |
|---|---|---|---|---|
| 8. Soc Sec No | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 03/15/20 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | | | 16. Financial Institution - Allotment #2 | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:    20221.77 | |
| PA | S | 0 | 0 | 420306 | S | 0 | 0 | BURGETTSTOWN BO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 4318.40 | 21791.36 | TSP DATA | 5% |
| TAXABLE WAGES | 3605.52 | 18342.48 | | |
| NONTAXABLE WAGES | 496.96 | 2376.56 | | |
| TAX DEFERRED WAGES | 215.92 | 1072.32 | | |
| DEDUCTIONS | 2753.48 | 13783.89 | | |
| AEIC | | | | |
| NET PAY | 1564.92 | 8007.47 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 4318.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| CHAP 13 PMT | | 957.69 | 4788.45 | FEGLI | Z5 | 18.40 | 91.36 |
| FEGLI OPTNL | ABC | 61.65 | 306.25 | FEHB | 105 | 424.65 | 2015.31 |
| MEDICARE | | 55.41 | 281.51 | OASDI | | 236.93 | 1203.72 |
| ORG/UNION | | | 63.00 | RETIRE, FERS | KF | 190.01 | 943.65 |
| TAX, FEDERAL | | 275.85 | 1421.24 | TAX, LST | 422079 | 2.00 | 10.00 |
| TAX, LOCAL | 420306 | 38.21 | 194.14 | TAX, STATE | PA | 117.32 | 596.04 |
| TSP LOANS | 720001G | 74.80 | 374.00 | TSP LOANS | 007002G | 12.33 | 61.65 |
| TSP SAVINGS | | 215.92 | 1072.32 | DENTAL | | 55.34 | 276.58 |
| VISION | | 16.97 | 84.67 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 24.00 | 8.00 | 24.00 | | 34.00 | |
| SICK | 10.00 | 4.00 | 12.00 | | 8.00 | | 14.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 9.20 | 45.68 | FEHB | 714.23 | 3435.05 |
| MEDICARE | 55.41 | 281.51 | OASDI | 236.93 | 1203.72 |
| RETIRE, FERS | 712.54 | 3538.66 | TSP BASIC | 43.18 | 214.46 |
| TSP MATCHING | 172.74 | 857.86 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   424.65

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 03/08/25 |
| 2. Pay Date | 03/14/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| MANGES MATTHEW A | VN  02  09 | 53.98 | 80.97 | 112272.00    0.00    112272.00 |

| 8. Soc Sec No | 9. Locality %  0.00 | 10. FLSA Category  E | 11. SCD Leave  03/15/20 | 12. Max Leave Carry Over  685 | 13. Leave Year End  01/10/26 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:  20411.78 | |
| PA | S | 0 | 0 | 420306 | S | 0 | 0 | BURGETTSTOWN BO | | |

| 21. | Current | Year to Date | 22. TSP DATA | 5% |
|---|---|---|---|---|
| GROSS PAY | 4318.40 | 26109.76 | | |
| TAXABLE WAGES | 3605.52 | 21948.00 | | |
| NONTAXABLE WAGES | 496.96 | 2873.52 | | |
| TAX DEFERRED WAGES | 215.92 | 1288.24 | | |
| DEDUCTIONS | 2753.49 | 16537.38 | | |
| AEIC | | | | |
| NET PAY | 1564.91 | 9572.38 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 4318.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| CHAP 13 PMT | | 957.69 | 5746.14 | FEGLI | Z5 | 18.40 | 109.76 |
| FEGLI OPTNL | ABC | 61.65 | 367.90 | FEHB | 105 | 424.65 | 2439.96 |
| MEDICARE | | 55.42 | 336.93 | OASDI | | 236.93 | 1440.65 |
| ORG/UNION | | | 63.00 | RETIRE, FERS | KF | 190.01 | 1133.66 |
| TAX, FEDERAL | | 275.85 | 1697.09 | TAX, LST | 422079 | 2.00 | 12.00 |
| TAX, LOCAL | 420306 | 38.21 | 232.35 | TAX, STATE | PA | 117.32 | 713.36 |
| TSP LOANS | 720001G | 74.80 | 448.80 | TSP LOANS | 007002G | 12.33 | 73.98 |
| TSP SAVINGS | | 215.92 | 1288.24 | DENTAL | | 55.34 | 331.92 |
| VISION | | 16.97 | 101.64 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 32.00 | 8.00 | 32.00 | | 34.00 | |
| SICK | 10.00 | 4.00 | 16.00 | 11.00 | 19.00 | | 7.00 | |
| HOLIDAY | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 9.20 | 54.88 | FEHB | 714.23 | 4149.28 |
| MEDICARE | 55.42 | 336.93 | OASDI | 236.93 | 1440.65 |
| RETIRE, FERS | 712.54 | 4251.20 | TSP BASIC | 43.18 | 257.64 |
| TSP MATCHING | 172.74 | 1030.60 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   424.65

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Case 25-20845-GLT  Doc 28  Filed 05/02/25  Entered 05/02/25 15:25:32  Desc Main
Document    Page 6 of 6

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 03/22/25 |
| --- | --- |
| 2. Pay Date | 03/28/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| MANGES MATTHEW A | VN  02  09 | 53.98 | 80.97 | 112272.00   0.00   112272.00 |

| 8. Soc Sec No | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 03/15/20 | 12. Max Leave Carry Over 685 | 13. Leave Year End 01/10/26 |
| --- | --- | --- | --- | --- | --- |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   20601.79 | |
| PA | S | 0 | 0 | 420306 | S | 0 | 0 | BURGETTSTOWN BO | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 4318.40 | 30428.16 | TSP DATA | 5% |
| TAXABLE WAGES | 3605.52 | 25553.52 | | |
| NONTAXABLE WAGES | 496.96 | 3370.48 | | |
| TAX DEFERRED WAGES | 215.92 | 1504.16 | | |
| DEDUCTIONS | 2753.48 | 19290.86 | | |
| AEIC | | | | |
| NET PAY | 1564.92 | 11137.30 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 4318.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CHAP 13 PMT | | 957.69 | 6703.83 | FEGLI | Z5 | 18.40 | 128.16 |
| FEGLI OPTNL | ABC | 61.65 | 429.55 | FEHB | 105 | 424.65 | 2864.61 |
| MEDICARE | | 55.41 | 392.34 | OASDI | | 236.93 | 1677.58 |
| ORG/UNION | | | 63.00 | RETIRE, FERS | KF | 190.01 | 1323.67 |
| TAX, FEDERAL | | 275.85 | 1972.94 | TAX, LST | 422079 | 2.00 | 14.00 |
| TAX, LOCAL | 420306 | 38.21 | 270.56 | TAX, STATE | PA | 117.32 | 830.68 |
| TSP LOANS | 720001G | 74.80 | 523.60 | TSP LOANS | 007002G | 12.33 | 86.31 |
| TSP SAVINGS | | 215.92 | 1504.16 | DENTAL | | 55.34 | 387.26 |
| VISION | | 16.97 | 118.61 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 34.00 | 8.00 | 40.00 | 8.00 | 40.00 | | 34.00 | |
| SICK | 10.00 | 4.00 | 20.00 | | 19.00 | | 11.00 | |
| HOLIDAY | | | | | 16.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 9.20 | 64.08 | FEHB | 714.23 | 4863.51 |
| MEDICARE | 55.41 | 392.34 | OASDI | 236.93 | 1677.58 |
| RETIRE, FERS | 712.54 | 4963.74 | TSP BASIC | 43.18 | 300.82 |
| TSP MATCHING | 172.74 | 1203.34 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $   424.65

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**